**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Wayne WHITE, a/k/a Whitey, Defendant—Appellant.**

**No. 09–6707.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 25, 2009.

John Wayne White, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Wayne White appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 3:96–cr–00006–GCM–6 (W.D.N.C. Apr. 7, 2009). We deny White's motion for the appointment of counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*